UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INITIAL APPEARANCE CALENDAR

**15M088**

1) Magistrate Case Number: **15M088**
2) Defendant's Name: **Richmond** (Last)   **David** (First)   ___ (M.I.)
3) Age: ___
4) Title: ___   Section(s): ___
5) Citizen of: ___   Needs: ___ Interpreter
6) Arrest Warrant Issued: ___   Date and time of arrest: ___

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes ___No   Other District: ___
8) Name of Interpreter used today: ___   Language: ___
9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: **1/30/15**
10) Detention Hearing Held: ___   Bail set at: **$500,000**   ROR Entered: ___   POD Entered: ___
11) Temporary Order of Detention Entered: ___   Bail Hearing set for: ___
12) (a) Preliminary Hearing set for: ___; or waived: ✓
    (b) Removal Hearing set for: ___; or waived: ___
    (c) Status Conference set for: ___
13) ASSISTANT U.S. ATTORNEY: **Kenji Price**
14) DEFENSE COUNSEL'S NAME: **Joseph D'Andrea**
    Address: ___
    Bar Code: ___   CJA:___ FDNY:___ RET: ✓
    Telephone Number: (___) ___
15) LOG #: ___ ( **3:06 - 3:15** )   MAG. JUDGE: **Mann**
16) ✓ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by ___

Other Comments/Rulings: ___

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ___ DAY OF ___, 20___

_____
UNITED STATES MAGISTRATE JUDGE